UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COREY GENE SCOTT, | |
| Plaintiff, | No.  2:15-CV-065-FVS |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: March 31, 2016

                                      SEAN F. McAVOY
                                      Clerk of Court

                             By:  *s/Penny Lamb*
                                      Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**